**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2127**

H. JAY SPIEGEL & ASSOCIATES, P.C.,

        Plaintiff - Appellant,

    v.

STEVEN M. SPIEGEL,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:08-cv-00949-JCC-TRJ)

Submitted: October 14, 2010      Decided: November 8, 2010

Before DUNCAN, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

H. Jay Spiegel, Appellant Pro Se. Steven M. Spiegel, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

H. Jay Spiegel appeals the district court's order entering judgment against him on his trademark infringement claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. H. Jay Spiegel & Assocs. v. Spiegel, No. 1:08-cv-00949-JCC-TRJ (E.D. Va. Aug. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2